MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 03-47166-RJK |
| MARSH, DOUGLAS CHRISTOPHE | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as Form 1 is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $9,006.83, disbursements of $2,162.93, and balance on hand of $6,843.90. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of Entity | Nature of Interest | Proposed Payment |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $1,437.56. The trustee has received $0.00 for interim compensation, and $0.00 for reimbursement of interim expenses and requests an additional $1,437.56 for final compensation and an additional $48.93 for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $4,812.18, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 1,437.56 | 1,437.56 |
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE EXPENSES | 48.93 | 48.93 |
| FULLER, SEAVER & RAMETTE, P.A. | TRUSTEE ATTORNEY FEES | 3,008.25 | 3,008.25 |
| FOLEY & MANSFIELD PLLP* | TRUSTEE ATTORNEY EXPENSES | 68.30 | 68.30 |
| FULLER, SEAVER & RAMETTE, P.A. * | TRUSTEE ATTORNEY EXPENSES | 249.14 | 249.14 |
| | Total | 4,812.18 | 4,812.18 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $2,031.72, for unsecured creditors allowed in the total amount of $29,932.65, yielding a dividend of 6.7876382% as itemized below or in Exhibit C attached hereto:

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| BANK ONE | 000004 | 9,029.64 | 612.90 |
| CHASE MANHATTAN BANK | 000003 | 12,903.01 | 875.81 |
| CURTIS LUND | 000002 | 8,000.00 | 543.01 |
| Total | | $29,932.65 | $2,031.72 |

7. The trustee's distribution of gross receipts of $9,006.83 from liquidation of all property of the estate is summarized below:

| | | | |
|---:|---|---|---|
| $ 1,437.56 | a. | Trustee Compensation | |
| $ 3,008.25 | b. | Fee for Attorney for Trustee | |
| $ 0.00 | c. | Fee for Attorney for Debtor | |
| $ 0.00 | d. | Other Professionals | |
| $ 398.09 | e. | <u>All</u> expenses, including Trustee and Court costs | |
| $ 0.00 | f. | Secured Creditors | |
| $ 0.00 | g. | Priority Creditors | |
| $ 2,031.72 | h. | Unsecured Creditors | |
| $ 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) | |
| $ 6,875.62 | j. | SUBTOTAL (sum of lines a through i) | |
| $ 2,131.21 | k. | Payments to Debtor (including payments of exemptions) | |
| $ 9,006.83 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) | |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: September 8, 2008         /e/ Randall L. Seaver
                                 RANDALL L. SEAVER, Trustee
                                 12400 PORTLAND AVENUE SOUTH
                                 SUITE 132
                                 BURNSVILLE, MN 55337
                                 (952) 890-0888

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 11/19/08                 HABBO G. FOKKENA
                                                    UNITED STATES TRUSTEE
                                                    Region 12

                                                   By: *Mary M. Ueland*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| | |
|---|---|
| Case No: 03-47166   RJK   Judge: Robert J. Kressel | Trustee Name: RANDALL L. SEAVER |
| Case Name: MARSH, DOUGLAS CHRISTOPHE | Date Filed (f) or Converted (c): 10/13/03 (f) |
| | 341(a) Meeting Date: 11/20/03 |
| For Period Ending: 09/11/08 | Claims Bar Date: 08/11/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. WAGES HELD AT FILING | Unknown | 49.72 | | 49.72 | FA |
| Debtor claimed 75% of any wages to be exempt | | | | | |
| 2. BANK ACCOUNTS | 49.84 | 130.27 | | 130.27 | FA |
| Debtor claimed 75% of the bank account exempt | | | | | |
| 3. HOMESTEAD | 248,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 1976 GMC TRUCK | 300.00 | 100.00 | | 100.00 | FA |
| 5. 1991 PONTIAC GRAND PRIX | 0.00 | 0.00 | DA | 0.00 | FA |
| Burdensome so will DA | | | | | |
| 6. 1992 CHEV CONVERSION VAN | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. 1999 PLYMOUTH TOWN AND COUNTRY VAN | 11,000.00 | 0.00 | DA | 0.00 | FA |
| Lien exceeds value so DA | | | | | |
| 8. JEWELRY | 100.00 | 15.00 | | 15.00 | FA |
| 9. SPORTING GOODS | 50.00 | 50.00 | DA | 0.00 | FA |
| Burdensome so will DA | | | | | |
| 10. BOAT AND TRAILER | 300.00 | 300.00 | OA | 0.00 | FA |
| 11. RETIREMENT PLAN | 15,800.00 | 1.00 | | 0.00 | FA |
| Debtor claimed exemption | | | | | |
| 12. HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. SCH. G--LEASE ON DAUGHTER'S 2001 SATURN | 0.00 | 0.00 | | 0.00 | FA |
| 15. CASH ON HAND | 50.00 | 50.00 | | 50.00 | FA |
| 16. WAGES HELD AT FILING (u) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 14.03a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 03-47166 RJK Judge: Robert J. Kressel | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | MARSH, DOUGLAS CHRISTOPHE | Date Filed (f) or Converted (c): | 10/13/03 (f) |
| | | 341(a) Meeting Date: | 11/20/03 |
| | | Claims Bar Date: | 08/11/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| None. SEE ITEM 1. | | | | | |
| 17. TAX REFUNDS (u) | 0.00 | 1,000.00 | | 8,495.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 166.84 | FA |
| 19. AVOIDANCE JUDGMENT (u) BEING RETAINED AFTER CLOSING AS UNADMINISTERED ASSET | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $280,899.84 | $3,195.99 | | $9,006.83 | $1,500.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

COLLECT ITEM 19. ATTORNEY HIRED TO COLLECT.

Initial Projected Date of Final Report (TFR): 10/31/04    Current Projected Date of Final Report (TFR): 03/31/08

LFORM1

Ver: 14.03a

FORM 2  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**  
Page: 1

| | |
|---|---|
| Case No: 03-47166 -RJK | Trustee Name: RANDALL L. SEAVER |
| Case Name: MARSH, DOUGLAS CHRISTOPHE | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******5862  Money Market - Interest Bearing |
| Taxpayer ID No: *******7540 | |
| For Period Ending: 09/11/08 | Blanket Bond (per case limit): $ 18,736,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/13/04 | 17 | Department of Finance--State Treasurer<br>State of Minnesota<br>St. Paul, MN | Tax Refund(s) | 1224-000 | 1,003.00 | | 1,003.00 |
| 05/13/04 | 17 | United States Treasury<br>Austin, Texas | Tax Refund(s) | 1224-000 | 7,492.00 | | 8,495.00 |
| 05/26/04 | 000101 | Douglas Marsh<br>c/o William G. Selman<br>301 4th Avenue S., Suite 377<br>Minneapolis, MN  55415 | Exempt amount of tax refunds | 8100-002 | | 2,131.21 | 6,363.79 |
| 05/28/04 | 18 | NationsBank | Interest Rate  0.100 | 1270-000 | 0.31 | | 6,364.10 |
| 06/02/04 | 000102 | International Sureties, Ltd.<br>Suite 1700<br>210 Baronne Street<br>New Orleans, La.  70112 | Bond Premium #016018055 | 2300-000 | | 4.74 | 6,359.36 |
| 06/27/04 | * NOTE * | Douglas C. or Connie M. Marsh<br>2515 McNair Drive<br>Golden Valley, MN  55422 | Wages, bank account, jewelry<br>General Sale Of Estate Property<br>* NOTE *  Properties 1, 2, 8, 15 | 1129-000 | 244.99 | | 6,604.35 |
| 06/30/04 | 18 | NationsBank | Interest Rate  0.100 | 1270-000 | 0.57 | | 6,604.92 |
| 07/30/04 | 18 | NationsBank | Interest Rate  0.100 | 1270-000 | 0.55 | | 6,605.47 |
| 08/11/04 | 4 | Douglas C. or Connie M. Marsh<br>2515 McNair Drive<br>Golden Valley, MN  55422 | 1976 GMC Truck<br>General Sale Of Estate Property | 1129-000 | 100.00 | | 6,705.47 |
| 08/31/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.57 | | 6,706.04 |
| 09/30/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.55 | | 6,706.59 |
| 10/29/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.56 | | 6,707.15 |
| 11/30/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.56 | | 6,707.71 |
| 12/31/04 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.57 | | 6,708.28 |
| 01/31/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.57 | | 6,708.85 |

Page Subtotals   8,844.80   2,135.95

LFORM24  
Ver: 14.03a

```
                                                              FORM 2                                                              Page: 2
                                         ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
```

| | | |
|---|---|---|
| Case No: | 03-47166 -RJK | Trustee Name: RANDALL L. SEAVER |
| Case Name: | MARSH, DOUGLAS CHRISTOPHE | Bank Name: BANK OF AMERICA, N.A. |
| | | Account Number / CD #: *******5862 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7540 | |
| For Period Ending: | 09/11/08 | Blanket Bond (per case limit): $ 18,736,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/05 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.29 | | 6,710.14 |
| 03/31/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.42 | | 6,711.56 |
| 04/29/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.37 | | 6,712.93 |
| 05/31/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.43 | | 6,714.36 |
| 06/09/05 | 000103 | International Sureties, Ltd. | TRUSTEE BOND | 2300-000 | | 5.33 | 6,709.03 |
| | | Suite 1700 | Bond #016018055 | | | | |
| | | 210 Baronne Street | | | | | |
| | | New Orleans, La. 70112 | | | | | |
| 06/30/05 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.38 | | 6,710.41 |
| 07/29/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.42 | | 6,711.83 |
| 08/31/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.42 | | 6,715.25 |
| 09/30/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.31 | | 6,718.56 |
| 10/31/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.42 | | 6,721.98 |
| 11/30/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.31 | | 6,725.29 |
| 12/30/05 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.43 | | 6,728.72 |
| 01/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 3.43 | | 6,732.15 |
| 02/28/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 4.80 | | 6,736.95 |
| 03/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.72 | | 6,742.67 |
| 04/28/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.53 | | 6,748.20 |
| 05/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.74 | | 6,753.94 |
| 06/22/06 | 000104 | Interarnional Sureties, Ltd. | Trustee bond | 2300-000 | | 5.53 | 6,748.41 |
| | | ATTN: Marley V. Miller | Bond #016018055 | | | | |
| | | 203 Carondelolet, Ste. 500 | | | | | |
| | | New Orleans, LA 70112 | | | | | |
| 06/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.55 | | 6,753.96 |
| 07/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.74 | | 6,759.70 |
| 08/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.74 | | 6,765.44 |
| 09/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.56 | | 6,771.00 |
| 10/31/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.76 | | 6,776.76 |

Page Subtotals     78.77     10.86

LFORM24                                                                                                                   Ver: 14.03a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Case No: 03-47166 -RJK  
Case Name: MARSH, DOUGLAS CHRISTOPHE  
Taxpayer ID No: *******7540  
For Period Ending: 09/11/08  

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******5862 Money Market - Interest Bearing  

Blanket Bond (per case limit): $ 18,736,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.57 | | 6,782.33 |
| 12/29/06 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.76 | | 6,788.09 |
| 01/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.77 | | 6,793.86 |
| 02/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.21 | | 6,799.07 |
| 03/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.77 | | 6,804.84 |
| 04/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.60 | | 6,810.44 |
| 05/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.78 | | 6,816.22 |
| 06/20/07 | 000105 | INTERNATIONAL SURETIES, LTD<br>ATTN: MARLEY V. MILLER<br>203 CARONDELOLET, STE 500<br>NEW ORLEANS, LA 70130 | TRUSTEE BOND | 2300-000 | | 7.89 | 6,808.33 |
| 06/29/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.60 | | 6,813.93 |
| 07/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.79 | | 6,819.72 |
| 08/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.79 | | 6,825.51 |
| 09/28/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.35 | | 6,829.86 |
| 10/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.35 | | 6,834.21 |
| 11/30/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.65 | | 6,837.86 |
| 12/31/07 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.27 | | 6,841.13 |
| 01/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.71 | | 6,843.84 |
| 02/29/08 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.63 | | 6,845.47 |
| 03/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.62 | | 6,847.09 |
| 04/30/08 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.40 | | 6,848.49 |
| 05/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.86 | | 6,849.35 |
| 06/12/08 | 000106 | INTERNATIONAL SURETIES LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM<br>BOND #016018055 | 2300-000 | | 8.23 | 6,841.12 |
| 06/30/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.85 | | 6,841.97 |
| 07/31/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.87 | | 6,842.84 |

Page Subtotals  82.20  16.12

LFORM24

Ver: 14.03a

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | **FORM 2** |  |  |  | Page: 4 |
|  |  |  | **ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** |  |  |  |  |

Case No: 03-47166 -RJK  
Case Name: MARSH, DOUGLAS CHRISTOPHE  
Taxpayer ID No: *******7540  
For Period Ending: 09/11/08

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******5862 Money Market - Interest Bearing  
Blanket Bond (per case limit): $ 18,736,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/08 | 18 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.86 |  | 6,843.70 |
| 09/08/08 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 |  | 6,843.90 |
| 09/08/08 |  | Transfer to Acct #*******9357 | Final Posting Transfer | 9999-000 |  | 6,843.90 | 0.00 |
|  |  |  | COLUMN TOTALS |  | 9,006.83 | 9,006.83 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 6,843.90 |  |
|  |  |  | Subtotal |  | 9,006.83 | 2,162.93 |  |
|  |  |  | Less: Payments to Debtors |  |  | 2,131.21 |  |
|  |  |  | Net |  | 9,006.83 | 31.72 |  |

Page Subtotals   1.06   6,843.90

Ver: 14.03a

LFORM24

| | | | FORM 2 | | | | Page: 5 |
|---|---|---|---|---|---|---|---|
| | | | ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD | | | | |

Case No: 03-47166 -RJK  
Case Name: MARSH, DOUGLAS CHRISTOPHE  
Taxpayer ID No: *******7540  
For Period Ending: 09/11/08  

Trustee Name: RANDALL L. SEAVER  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: *******9357 Checking - Non Interest  
Blanket Bond (per case limit): $ 18,736,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/08 | | Transfer from Acct #*******5862 | Transfer In From MMA Account | 9999-000 | 6,843.90 | | 6,843.90 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,843.90 | 0.00 | 6,843.90 |
| Less: Bank Transfers/CD's | 6,843.90 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********5862 | 9,006.83 | 31.72 | 0.00 |
| Checking - Non Interest - ********9357 | 0.00 | 0.00 | 6,843.90 |
| | 9,006.83 | 31.72 | 6,843.90 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 6,843.90 0.00

Ver: 14.03a  
LFORM24

# PROPOSED DISTRIBUTION

Case Number: 03-47166    RJK    Page 1    Date: September 11, 2008
Debtor Name: MARSH, DOUGLAS CHRISTOPHE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $6,843.90 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $1,437.56 | $0.00 | $1,437.56 | $1,437.56 | $5,406.34 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $48.93 | $0.00 | $48.93 | $48.93 | $5,357.41 |
| 000006 | FULLER, SEAVER & RAMETTE, P.A. | Admin | 025 | $3,008.25 | $0.00 | $3,008.25 | $3,008.25 | $2,349.16 |
| 000007 | FULLER, SEAVER & RAMETTE, P.A. * | Admin | 025 | $249.14 | $0.00 | $249.14 | $249.14 | $2,100.02 |
| 000008 | FOLEY & MANSFIELD PLLP* | Admin | 025 | $68.30 | $0.00 | $68.30 | $68.30 | $2,031.72 |
| 000002 | CURTIS LUND | Unsec | 070 | $8,000.00 | $0.00 | $8,000.00 | $543.01 | $1,488.71 |
| 000003 | CHASE MANHATTAN BANK | Unsec | 070 | $12,903.01 | $0.00 | $12,903.01 | $875.81 | $612.90 |
| 000004 | BANK ONE | Unsec | 070 | $9,029.64 | $0.00 | $9,029.64 | $612.90 | $0.00 |
| << Totals >> | | | | $34,744.83 | $0.00 | $34,744.83 | $6,843.90 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 03-47166 RJK
**Debtor:** MARSH, DOUGLAS CHRISTOPHE

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:

Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $6,875.62

|  |  |  |  |
|---|---|---|---|
|  | $6,875.62 | 25% of First $5,000 | $1,250.00 |
| Less - | $5,000.00 | ($1,250 Maximum) |  |
| Balance | $1,875.62 | 10% of Next $45,000 | $187.56 |
| Less - | $1,875.62 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

**TOTAL COMPENSATION CALCULATED:** $1,437.56
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$1,437.56**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:

| | |
|---|---|
| COPY: Photocopy/Duplication Expense 157 pages @ 0.25 / page | $39.25 |
| POST: Postage 7 each @ 0.42 / each | $2.94 |
| POST: Postage 1 each @ 6.74 / each | $6.74 |

**TOTAL EXPENSES CALCULATED:** $48.93
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$48.93**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$1,486.49**

**DATED:** 09/11/08

SIGNED _____     TRUSTEE: RANDALL L. SEAVER
                                                                                           12400 PORTLAND AVENUE SOUTH
                                                                                           SUITE 132

# Compensation and Expenses Worksheet

**Case Number:** 03-47166 RJK
**Debtor:** MARSH, DOUGLAS CHRISTOPHE
BURNSVILLE, MN 55337